445 A.2d 232

Commonwealth v. Marshall, Appellant.

Argued September 1, 1981. Raymond Bogarty, for appellant; James P. Epstein, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WIEAND and BECK, JJ.

Judgment of sentence affirmed.